**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SINGH SHISHPAL #A-97-518-513 | : | Civil Action No. AW-05-1416 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| I.C.E. | : | |
| Respondent | : | |

oo00oo

**<u>MEMORANDUM</u>**

Petitioner, an alien and a citizen of India, filed this *pro se* petition for writ of habeas corpus challenging his detention while he is subject to an administratively final order of removal.  At the time Petitioner filed for habeas relief, he was in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") and detained at the Wicomico County Detention Center.[1]   Respondent has filed a  motion to dismiss the petition as moot based on Petitioner's June 30, 2005, release from custody under an order of supervision.        The petition challenges only continued detention pending removal, and the sole relief sought by Petitioner is his release from ICE custody.  Thus, Petitioner has been accorded the relief he requests, and the petition will be dismissed as moot.

<u>Date:  July 7, 2005</u>                                                _____"s"_____

                                                                                  Alexander Williams, Jr.
                                                                                  United States District Judge

---

[1]On June  22, 2005, Petitioner was transferred to ICE custody in New York.  He was released under an order of supervision on June 30, 2005.